**Order filed February 27, 2014**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00042-CV

————————

**SCOTT MAGZEN, VALERUS COMPRESSION SERVICES, LP, VALERUS COMPRESSION SERVICES MANAGEMENT LLC, TPG CAPITAL LLC, TPG V VE, LP AND TPG VI VE, LP,, Appellants**

**V.**

**JAMES J. WOODCOOK, C & J INDUSTRIES, INC., DEFINED BENEFIT TRUST, AND OTHERS SIMILARLY SITUATED, Appellees**

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2013-69580**

————————

## NO. 14-14-00019-CV

————————

**IN RE VALERUS COMPRESSION SERVICES, LP, VALERUS COMPRESSION SERVICES MANAGEMENT LLC, TPG CAPITAL LLC, TPG V VE, LP, AND TPG VI VE, LP, Relator**

## ORDER

On January 8, 2014, Scott Magzen, Valerus Compression Services, LP, Valerus Compression Services Management LLC, TPG Capital LLC, TPG V VE, LP and TPG VI VE, LP, filed a notice of appeal from the trial court's order signed January 7, 2014. That appeal was assigned to this court under our appellate case number 14-14-00042-CV. On January 8, 2014, Valerus Compression Services, LP, Valerus Compression Services Management LLC, TPG Capital LLC, TPG V VE, LP and TPG VI VE, LP, filed a petition, joined by Scott Magzen, for writ of mandamus complaining of the same order. The original proceeding has been assigned our case number 14-14-00019-CV.

Appellants have requested the appeal and original proceeding consolidated. The request is granted. Accordingly, the court orders the appeal and original proceeding **CONSOLIDATED.**


PER CURIAM


Panel consists of Justices McCally, Busby and Donovan.